[No. 60647-6-I.   Division One.   August 4, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. GERALD GRATTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-02818-4, Michael Hayden, J., entered August 24, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 60744-8-I.   Division One.   August 4, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID LIONEL JOHNSON, *Defendant*, HENRY'S BAIL BONDS, INC., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-06903-6, Helen Halpert, J., entered September 19, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 60849-5-I.   Division One.   August 4, 2008.]

TOLA K. ARERO ET AL., *Respondents*, v. KRISTINA R. BAZLEY ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-15370-7, Laura C. Inveen, J., entered October 22, 2007. *Dismissed* by unpublished per curiam opinion.

[No. 61054-6-I.   Division One.   August 4, 2008.]

BOUALEM HABIB, *Respondent*, v. HAROLD E. WINTHER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-11653-2, Douglas D. McBroom, J., entered November 30, 2007. *Affirmed* by unpublished per curiam opinion.